IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT BUTWIN JR. and JANET SCHMIDT,** *Plaintiffs,* v. **JOHN DOE 1 and JOHN DOE 2,** *Defendants*. | Civil Case No. 2:25-cv-02208 |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO SERVE
THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE**

The Plaintiffs' motion for leave to serve third party subpoenas prior to the Rule 26(f) conference is **GRANTED**. The Plaintiffs may serve Rule 45 subpoenas on the following entities and individuals:

1) Lower Merion Police Department;

2) Police officer Casey Healy;

3) United States Postal Inspection Service;

4) U.S. Postal Inspector Brian Bennett;

5) U.S. Postal Inspector George P. Clark;

6) Commissioner of the Pennsylvania State Police, Custodian of Records.

**DONE AND ORDERED** this 8th day of May, 2025.

BY THE COURT:

_____
**HON. MIA R. PEREZ**