# Plaintiffs' Exhibit 3 – Call to John Crockett


9:58
PHILADELPHIA, PA
(267) 761-2038
message
call
video
mail
pay
May 29, 2025
11:52 AM Outgoing Call
1 minute
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Caller
Favorites
Recents
Contacts
Keypad
Voicemail


10:01
Edit
All
Missed
[redacted]
(267) 761-2038
Philadelphia, PA
5/29/25
[redacted]